UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>                Plaintiff,<br><br>    v.<br><br>BEER, et al.,<br><br>                Defendants. | Case No. 1:21-cv-00155-NONE-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 26) |

      This matter having come before the Court on Defendants' request for additional time to respond to Plaintiff's complaint (ECF No. 26) and good cause appearing, the request is GRANTED.

      Defendants shall have until September 21, 2021, to respond to Plaintiff's operative complaint.

IT IS SO ORDERED.

    Dated:  **July 23, 2021**                                        /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE