# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS , <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>BEER, et al., <br><br>　　　　Defendants. | Case No. 1:21-cv-00155-NONE-EPG (PC) <br><br> ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF SETTLEMENT CONFERENCE <br><br> (ECF No. 29) |

　　　　This matter has been referred for an early settlement conference.  (ECF No. 23).  On August 6, 2021, Defendants filed a request to opt out of the settlement conference because "Plaintiff is currently being criminally prosecuted for the events at issue in this case."  (ECF No. 29, p. 1).

　　　　The Court will grant Defendants' request to opt out of an early settlement conference.[1]  A settlement conference may be scheduled at a later date, if appropriate.

　　　　Accordingly, it is ORDERED that Defendants' request to opt out of an early settlement conference (ECF No. 29) is GRANTED.

IT IS SO ORDERED.

　　Dated:　**August 10, 2021**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the order regarding early settlement conference (ECF No. 23), Defendants did not need to file a request to opt out of the early settlement conference.  Instead, Defendants should have filed a notice that Defendants are opting out of an early settlement conference.