UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BEER, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:21-cv-00155-NONE-EPG (PC)<br><br>ORDER GRANTING IN PART DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO SUBMIT DISCOVERY AND SCHEDULING STATEMENT<br><br>(ECF No. 39) |

On September 3, 2021, Defendants requested "that the Court extend the time for them to respond to Plaintiff's operative complaint and to submit a discovery and scheduling statement until after the Court rules on Defendants' pending motion to stay this matter and screens Plaintiff's pending amended complaint." (ECF No. 39, p. 1).

Given Plaintiff's pending motion for leave to amend and Defendants' pending motion to stay, the Court finds good cause to grant Defendants' request in part. Defendants do not need to respond to Plaintiff's original complaint or file a discovery and scheduling statement at this time.

\\\

\\\

\\\

\\\

\\\

1

1  The Court will reset these deadlines after Defendants' motion to stay (ECF No. 37) and
2  Plaintiff's motion for leave to amend (ECF No. 34) have been resolved.

IT IS SO ORDERED.

Dated:  **September 3, 2021**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE