UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BEER, et al.,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-00155-NONE-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE<br><br>(ECF No. 38) |

　　　　On September 2, 2021, Plaintiff filed a "Request for Judicial Notice of Possible Related Case." (ECF No. 38).

　　　　Plaintiff's request is GRANTED.  The Court takes judicial notice that on August 13, 2021, Plaintiff filed a petition for a writ of habeas corpus.  <u>Williams v. The State Bar of California</u>, E.D. CA, Case No. 1:21-cv-01228, ECF No. 1.

　　　　While the cases include at least some overlapping factual allegations, the Court will not reassign either case at this time because it does not appear that reassigning the action to a single judge is likely to effect a savings of judicial effort or other economies.  <u>See</u> Local Rule 123(c). The Court takes judicial notice that on August 31, 2021, the magistrate judge assigned to Plaintiff's habeas case ordered Plaintiff to show cause "why the petition should not be dismissed based on <u>Younger v. Harris</u>, 401 U.S. 37 (1971), failure to exhaust state judicial remedies, and

1

failure to state a cognizable federal habeas corpus claim." E.D. CA, Case No. 1:21-cv-01228, ECF No. 10, p. 4.

IT IS SO ORDERED.

Dated: **September 3, 2021**        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE