UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEER, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-00155-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STAY, DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND, AND DENYING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE<br><br>(Docs. 34, 37, 44, 45) |

John Williams is a state prisoner proceeding *pro se* with this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 21, 2021, the assigned magistrate judge entered findings and recommendations that:

　　1. This case be STAYED pending resolution of the related state criminal proceeding and until further order of the Court.

　　2. Defendants be required to file a status report within fourteen days after the criminal case is resolved, or one year after the date of the stay, whichever is earlier.

　　3. Plaintiff's motion for leave to amend be DENIED.

　　4. Plaintiff's request for judicial notice be DENIED.

(Doc. 45 at 18.)

1

The parties were provided an opportunity to file objections to the findings and recommendations.  On November 12, 2021, plaintiff filed his objections. (Doc. 47.)  Defendants did not object, but on November 29, 2021, Defendants filed a response to plaintiff's objections (Doc. 48.)

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including the objections and response, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on October 21, 2021, (Doc. 45), are adopted in full.
2. This case is STAYED pending resolution of the related state criminal proceeding and until further order of the Court.
3. Defendants are required to file a status report within fourteen days after the criminal case is resolved, or one year after the date of the stay, whichever is earlier.
4. Plaintiff's motion for leave to amend, (Doc. 34) is denied; and
5. Plaintiff's request for judicial notice, (Doc. 44), is denied.

IT IS SO ORDERED.

Dated:   **April 5, 2022**

UNITED STATES DISTRICT JUDGE