UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>            Plaintiff,<br><br>    v.<br><br>BEER, et al.,<br><br>            Defendants. | Case No. 1:21-cv-00155-ADA-EPG (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE THIRD STATUS REPORT<br><br>(ECF Nos. 53, 62, & 64) |

John Williams ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action. This action is proceeding based on allegations that defendant Oaks physically and sexually assaulted Plaintiff on August 5, 2019, that defendant Pascoe failed to protect Plaintiff from defendant Oaks, and that defendants Oaks, Pascoe, Riddle, Beer, Garcia, and Cubos failed to provide or summon medical care after the assault. (ECF Nos. 1, 10, 13, & 25).

On April 5, 2022, the Court granted Defendants' motion to stay this action pending the resolution of the related state criminal proceedings. (ECF No. 53). The Court also directed Defendants "to file a status report within fourteen days after the criminal case is resolved, or one year after the date of the stay, whichever is earlier." (Id. at 2). On March 13, 2023, Defendants filed their status report, indicating that the criminal case has not yet been resolved. (ECF No. 62). Accordingly, on March 14, 2023, the Court directed Defendants to "file a second status report fourteen days after a resolution in the pending state criminal case or ninety days from the date of this order, whichever is sooner." (ECF No. 63, p. 2).

On May 15, 2023, Defendants filed their second status report. (ECF No. 64). According to

1

Defendants, the criminal case has not yet been resolved.

As the criminal case has not yet been resolved, IT IS ORDERED that Defendants shall file a third status report fourteen days after a resolution in the pending state criminal case or ninety days from the date of this order, whichever is sooner.

IT IS SO ORDERED.

Dated:  **May 16, 2023**           /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE