UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BEER, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:21-cv-00155-ADA-EPG (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE FOURTH STATUS REPORT<br><br>(ECF Nos. 53, 62, 64, 65, 66) |

　　　　John Williams ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action. This action is proceeding based on allegations that Defendant Oaks physically and sexually assaulted Plaintiff on August 5, 2019, that Defendant Pascoe failed to protect Plaintiff from Defendant Oaks, and that Defendants Oaks, Pascoe, Riddle, Beer, Garcia, and Cubos failed to provide or summon medical care after the assault. (ECF Nos. 1, 10, 13, & 25).

　　　　On April 5, 2022, the Court granted Defendants' motion to stay this action pending the resolution of the related state criminal proceedings. (ECF No. 53). The Court also directed Defendants "to file a status report within fourteen days after the criminal case is resolved, or one year after the date of the stay, whichever is earlier." (Id. at 2). Since then, Defendants have filed two status reports noting that the criminal case has not been resolved. (ECF Nos. 62, 64). Before the Court now is Defendants' third status report, stating that the criminal case still has not been resolved. (ECF No. 66).

As the criminal case has not yet been resolved, IT IS ORDERED that Defendants shall file a fourth status report fourteen days after a resolution in the pending state criminal case or ninety days from the date of this order, whichever is sooner.

IT IS SO ORDERED.

Dated: **August 10, 2023**                    /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE