UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEER, et al.,<br><br>　　　　　Defendants. | Case No.   1:21-cv-00155-KES-EPG (PC)<br><br>ORDER REQUIRING RESPONSE TO NOTICE FILING<br><br>(ECF No. 99) |

　　　　Plaintiff John W. Williams is a state prisoner proceeding *pro se* in this case, which proceeds on his Eighth Amendment excessive force claim against Defendant Oaks; Eighth Amendment failure to protect claim against Defendant Pascoe; Eighth Amendment sexual assault claim against Defendant Oaks; and Eighth Amendment claim for deliberate indifference to his serious medical needs against Defendants Oaks, Pascoe, Riddle, Beer, Garcia, and Cubos. (ECF No. 25).

　　　　Plaintiff has filed a notice stating that, whenever he sends out "confidential legal mail to the Court in accordance with prison rules, the prison mailroom reject[s] the legal correspondence" with a notation of "no such Judge listed on file." (ECF No. 99, p. 1).[1] Plaintiff includes an attachment titled "Confidence Correspondence Rejection Notice" from Mule Creek State Prison, which is consistent with Plaintiff's description. It states that some unspecified correspondence was not mailed because "[t]his is not addressed to a qualified confidential correspondent. Please

---

[1] The Court has made minor notations to some quotations in this order without indicating each change.

ensure your addressee meets the specified requirements found at Title 15 §3141 and §3142."[2] And it includes the notation "no such judge listed on file."

The Court is concerned about Plaintiff's notice, especially the notation "no such judge listed on file" and wishes to ensure that the prison has an accurate record of this Court and the name of the Judges on this case, *i.e.*, District Judge Kirk E. Sherriff and Magistrate Judge Erica P. Grosjean.

Thus, the Court will require Defendants to respond to Plaintiff's notice and will also send a copy of this order to the Litigation Coordinator at Plaintiff's prison.

Accordingly, IT IS ORDERED as follows:

1. Defendants shall file a response to Plaintiff's notice filing (ECF No. 99) by no later than August 15, 2025.
2. The Clerk of Court is directed to mail a copy of this order to the Litigation Coordinator at Mule Creek State Prison.

IT IS SO ORDERED.

Dated: **July 23, 2025**                    /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

---

[2] 15 CCR § 3141(c) provides that prisoners may send confidential mail to multiple persons and entities, including "[a]ll state and federal judges and courts."

2