UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>BEER, *et al.*,<br><br>        Defendants. | Case No. 1:21-cv-00155-KES-EPG (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION AND REQUEST FOR COURT ORDER TO LIMIT SCOPE OF SUBPOENA<br><br>(ECF No. 113) |

      Plaintiff John Williams is a state prisoner proceeding *pro se* in this civil action pursuant to 42 U.S.C. § 1983.

      On September 15, 2025, Plaintiff filed a "Motion and Request for Court Order to Limit Scope of Subpoena." (ECF No. 113). Within the motion, Plaintiff asks the Court "for an order to limit the scope of [the] subpoena served by [Defendants] on about August 29, 2025, on Atascadero State Hospital ("ASH") for medical and mental health treatment records as well as any disciplinary records relative to Plaintiff's stay at ASH from December 11, 2019, thru January 24, 2020." (ECF No. 113 at 1-2).

      Upon review of the motion, the Court will require a response from Defendants. Accordingly, Defendants are ordered to respond to Plaintiff's motion by no later than September 30, 2025. Furthermore, Plaintiff is permitted to file a reply to Defendants' response by no later than October 14, 2025.

Additionally, the Clerk of Court is ordered to send a copy of this order to Department of State Hospitals – Atascadero at the following address: P.O. Box 7001, Atascadero, CA, 93423-7001.  The legal coordinator or appropriate official for Atascadero State Hospital is directed to withhold production of documents until further order of the Court.

Finally, in the event that Defendants have already received these records from Atascadero State Hospital, they should segregate the documents and not review until further order of the Court.

IT IS SO ORDERED.

Dated:  **September 16, 2025**         /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE