UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS,<br><br>            Plaintiff,<br><br>   v.<br><br>BEER, *et al.*,<br><br>            Defendants. | Case No. 1:21-cv-00155-KES-EPG (PC)<br><br>ORDER DENYING DEFENDANTS' MOTION TO ENFORCE A SUBPOENA ISSUED TO DR. MATHEWS WITHOUT PREJUDICE<br><br>(ECF No. 115) |

Before the Court is Defendants' motion to enforce a subpoena for records requested from Dr. Brandi Mathews, "who was retained by Plaintiff to prepare an expert report that was submitted to the court in support of his mental health diversion plea in his related criminal case." (ECF No. 115, p. 1).

> Notably, the subpoena at issue requires production of documents at the following address:
> Ace Imaging Technologies, Inc.
> 800 S. Figueroa Street 900
> Los Angeles, CA 90017

(ECF No. 116, at p. 2).

Under Federal Rule of Civil Procedure 45(d)(2)(B)(i), if a non-party objects to a subpoena, "at any time, on notice to the commanded person, the serving party may move **the court for the district where compliance is required** for an order compelling production or inspection." (Emphasis added). *See Pizana v. Basic Rsch., LLC*, No. 1:18-CV-00644-DAD-SKO,

2022 WL 1693317, at *2–3 (E.D. Cal. May 26, 2022) ("Rule 45 consistently, through numerous sections of the Rule, requires any motions or applications related to a subpoena be brought in the district where compliance is required . . . . when a motion to quash a subpoena is filed in a court other than the court where compliance is required, that court lacks jurisdiction to resolve the motion.").

Here, the subpoena requires the production of documents at an address in Los Angeles, California, which is in the Central District of California. (ECF No. 116, p. 2).

Because the place of compliance is not in this District, Defendants' motion (ECF No. 115) is DENIED without prejudice.

The Clerk of Court is ordered to mail a copy of this order to Dr. Brandi Mathews, 10333 El Camino Real, Atascadero, CA 93422.

IT IS SO ORDERED.

Dated:   **October 30, 2025**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2