UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS,<br><br>                    Plaintiff,<br><br>          v.<br><br>BEER, *et al.*,<br><br>                    Defendants. | Case No. 1:21-cv-00155-KES-EPG (PC)<br><br>ORDER GRANTING, IN PART, PLAINTIFF'S MOTION REGARDING HIS OPPOSITION BRIEF FILINGS<br><br>(ECF Nos. 174, 175, 177) |

Plaintiff John Williams is a state prisoner proceeding *pro se* in this civil action filed pursuant to 42 U.S.C. § 1983.

Now before the Court are various filings by Plaintiff filed on February 11, 2026. (ECF Nos. 174, 175, 177). They generally concern Plaintiff's opposition brief filings relating to Defendants' pending motion for summary judgment based on Plaintiff's alleged failure to exhaust his administrative remedies before filing his complaint. (ECF No. 175; *see* ECF No. 148).

As explained in the Court's January 28, 2026 order, Defendants failed to file their statement of undisputed facts with their summary judgment motion, so the Court gave them an extension to do so. Additionally, the Court gave Plaintiff an extension of time to file a superseding opposition (including any exhibits), in part based on Defendants' representation that Plaintiff served documents on them that he did not file with the Court. (ECF No. 168).

1

Plaintiff now "move[s] to clarify" the record, generally indicating that he believes he filed all his documents on the record, but nonetheless "mov[ing] to reserve the opposition [brief filings opposing Defendants' summary judgment motion.]" (ECF No. 175, pp. 2-3). Plaintiff has concurrently filed a document regarding the disputed facts at issue (ECF No. 174) and his opposition briefing (ECF No. 177) to the summary judgment motion.

Upon consideration, IT IS ORDERED as follows:

1. Plaintiff's motion regarding his opposition brief filings is granted to the extent that the Court acknowledges his statement that he believes he filed all his pertinent documents earlier on the docket and will grant him permission, consistent with its prior order allowing a superseding opposition, to file the opposition briefing he has concurrently filed on the record. (ECF No. 175).

2. To the extent that Plaintiff seeks any additional relief, his motion is denied. (ECF No. 175).

3. Plaintiff's opposition filings at ECF Nos. 174 and 177 have superseded his prior opposition briefing at ECF No. 155.

4. Defendants' deadline to file a reply in support of their motion for summary judgment remains set at March 23, 2026.

IT IS SO ORDERED.

Dated:    **February 12, 2026**              /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE